# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

PATRICIA A. DONOVAN GRIFFIN,
Ind. & as the Exec of Michael Griffin     :
    Plaintiff

    v.                                         :   CIVIL NO.: 3:03cv535(DJS)

HARTFORD LIFE & ANNUITY INS.
CO. fka ITT Hartford                       :
    Defendant

## ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff moving to reopen the case on or before **November 28, 2003**. If the plaintiff does not move to reopen the case on or before **November 28, 2003**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   28th   day of October, 2003.


                                               /s/DJS
                                             Dominic J. Squatrito
                                             United States District Judge